**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP - 1 2023

BY
DEPUTY_____

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____ DIVISION

Charles Edward Haley Jr

Name of Plaintiff(s)

vs

City of Dayton

Name of Defendant(s)

Case Number: 460-2022-03341

1:23cv328

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff, Charles Edward Haley Jr (name of plaintiff), is a citizen of the United States and resides at 1091 Mulberry Ln (street address), Dayton (city), Liberty (county), Texas (state), 77535 (zip), 936-776-8877 (telephone).

3.. Defendant, __City of Dayton__, resides at, or its business is
    (name of defendant)

located at __117 Cook St__, __Dayton__,
           (street address)              (city)

__Liberty__, __Texas__, __77535__, __936-258-2642__.
(county)     (state)     (zip)      (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant
   at __117 Cook St__, __Dayton__,
      (street address)            (city)

   __Liberty__, __Texas__, __77535__.
   (county)       (state)     (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10
   of the complaint on or about __July 6, 2022__.
                                 (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity
   Commission charging defendant with the acts of discrimination indicated in paragraphs
   9 and 10 of this complaint on or about __April 3. 2023__.
                                          (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was
   received by plaintiff on __August 24, 2023__.
                            (month day, year)

8.  Because of plaintiff's (1) __X__ race, (2) _____ color, (3) _____ sex, (4) _____ national origin, defendant:

   a.  _____ failed to employ plaintiff.

   b.  _____ terminated plaintiff's employment.

   c.  _____ failed to promote plaintiff.

   d.  __X__ Other __Age__

9.  The circumstances under which the defendant discriminated against plaintiff were as follows:

   Mr. Haley Jr worked for the City of Dayton as a Light Equipment Operator from 2018 to March 31, 2022, at the time of my lay off. At the time of Mr. Haley Jr.'s separation, Mr. Roy Rodriguez was his supervisor. In February 2022 Mr. Haley Jr. filed a charge of discrimination On March 31, 2022, without any warning Mr. Haley Jr was selected for a lay-off from his his position. Mr. Haley Jr.'s exit interview was completed with Human Resources Supervisor Tammy Alexander and Mr. Rodriguez. Ms. Alexander's son worked in the same. department as Mr. Haley Jr. Mr. Haley Jr. was told his position was eliminated. Mr. Haley Jr. was never offered another position. Mr. Haley Jr. found out other employees that were. laid off were offered other positions. Mr. Haley Jr. was never given that opportunity as the other. employees were offered labor positions. Mr. Haley Jr. was told by other employees that were. still employed that his position was filled by Reily Alexander (the son to Ms. Tammy Alexander) Mr. Alexander is a white male and also younger than Mr. Haley Jr. Mr. Haley Jr. felt that he was. being discriminated against age and retaliation because of a previous EEO he had filed.

10. The acts set forth in paragraph 9 of this complaint:

    a. \_\_\_\_\_ are still being committed by defendant.

    b. \_\_\_\_\_ are no longer being committed by defendant.

    c. __X__ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. \_\_\_\_\_ Defendant be directed to employ plaintiff.

    b. \_\_\_\_\_ Defendant be directed to re-employ plaintiff.

    c. \_\_\_\_\_ Defendant be directed to promote plaintiff.

    d. __X__ Defendant be directed to _compensate wages/stress_ and that the

Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## CLOSURE DOCUMENT ENCLOSED

Charles E. Haley Jr.
1091 Mulberry Ln
DAYTON, TX 77535

Re:   Charles E. Haley Jr. v. CITY OF DAYTON
      EEOC Charge Number: 460-2022-03341

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed document in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded that document from the portal. For your convenience, a copy of that document is enclosed with this letter.

I hope this information is helpful. If you have questions, please contact TERANGELO DAVIS by telephone at (346) 327-7679 or email at TERANGELO.DAVIS@EEOC.GOV.

Sincerely,

*Terangelo Davis*

08/22/2023

TERANGELO DAVIS
EQUAL OPPORTUNITY
INVESTIGATOR

Enclosure

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Charles E. Haley Jr.
1091 Mulberry Ln
DAYTON, TX 77535

Re:  Charles E. Haley Jr. v. CITY OF DAYTON
     EEOC Charge Number: 460-2022-03341

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact TERANGELO DAVIS by telephone at (346) 327-7679 or email at TERANGELO.DAVIS@EEOC.GOV.

Sincerely,

*Terangelo Davis*
TERANGELO DAVIS
EQUAL OPPORTUNITY
INVESTIGATOR

08/22/2023

Enclosure



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/17/2023

**To:** Mr. Charles E. Haley Jr.
1091 Mulberry Ln
DAYTON, TX 77535
Charge No: 460-2022-03341

EEOC Representative and email:   TERANGELO DAVIS
Federal Investigator
terangelo.davis@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2022-03341.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
08/17/2023
Rayford O. Irvin
District Director

**Cc:**

| STEVE FLOYD | BRANDON DAVIS | TAMMY ALEXANDER |
| CITY OF DAYTON | CITY OF DAYTON | CITY OF DAYTON |
| 117 COOK ST | 1517 TRINITY ST | 17 COOK ST |
| Dayton, TX 77535 | Liberty, TX 77575 | Dayton, TX 77535 |

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 460-2022-03341 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor

Houston, TX 77002.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 460-2022-03341 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor

Enclosure with EEOC Notice of Closure and Rights (01/22)

Houston, TX 77002.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.