| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| CHARLES EDWARD HALEY, JR., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *versus* | § | |
| | § | CIVIL ACTION NO. 1:23-CV-328 |
| CITY OF DAYTON, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On April 30, 2024, the magistrate judge entered a Report and Recommendation (#29) in which she recommended denying Defendant City of Dayton's Motion to Dismiss (#7).  To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#29) is **ADOPTED**.  Defendant City of Dayton's Motion to Dismiss (#7) is **DENIED**.

**Signed this date**

**May 22, 2024**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE