IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD HALEY, JR. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 1:23-cv-328 |
| | § | |
| CITY OF DAYTON, | § | |
| *Defendant*. | § | |

## AGREED ORDER OF DISMISSAL

Plaintiff Charles Edward Haley, Jr. and Defendant City of Dayton have entered into a settlement agreement. Accordingly, pursuant to that settlement, the Court hereby orders:

Plaintiff's action against Defendant City of Dayton is hereby DISMISSED WITH PREJUDICE.

As all parties and causes of action have been dismissed,

THIS IS A FINAL JUDGMENT.

Costs of court including attorney's fees shall be borne by the party incurring same.

Signed _____.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

AGREED AS TO SUBSTANCE
AND ENTRY REQUESTED:


By: _____
    Charles Edward Haley, Jr.
    PLAINTIFF, *PRO SE*


By: __/s/ *Ramón G. Viada III*___
    Ramón G. Viada III
    State Bar No. 20559350
    rayviada@viadastrayer.com
    Viada & Strayer
    17 Swallow Tail Court
    The Woodlands, Texas 77381
    (281) 419-6338

ATTORNEYS FOR DEFENDANT
CITY OF DAYTON