| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| **CHARLES EDWARD HALEY, JR.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *versus* | § | **CIVIL ACTION NO. 1:23-CV-328** |
| | § | |
| **CITY OF DAYTON,** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER OF DISMISSAL

On October 1, 2024, the parties submitted an Agreed Order of Dismissal (#34) notifying the court that they had reached a settlement. In light thereof, the parties request that the above-styled case be dismissed with prejudice.

The court finds the Agreed Order of Dismissal to be meritorious. It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' Agreed Order of Dismissal. Each party is to bear its own cost of court and attorney's fees. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 9th day of October, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE